UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff/Respondent,

v.

ORDER
Cr. No. 97-276(04) (MJD)
Civ. No. 01-1820 (MJD)

Robert James Jefferson,

Defendant/Petitioner.

---

This matter is before the Court upon Petitioner's motion to set aside this Court's Order dated December 2, 2002, denying his petition for habeas relief, pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure.

Rule 60(b)(5) provides that a court may relieve a party from a final judgment, if "the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application . . ." In his motion, Petitioner argues that he is entitled to relief because there has been a change in the law since judgment in this case was rendered. Specifically, Petitioner asserts that the standard governing ineffective assistance claims in a habeas petition was changed in Massaro v. United States, 538 U.S. 500 (2003).

Petitioner's argument, however, is based on a misreading of the Massaro opinion. In Massaro, the Court addressed the issue of whether a defendant can assert an ineffective assistance of counsel claim in a collateral proceeding, even though such claim could have been brought on direct appeal. The Court held that failure to raise an ineffective assistance of counsel claim does not bar the claim from being considered in an appropriate § 2255 proceeding. Massaro, 538 U.S. at 509. Contrary to Petitioner's assertion, the Court did not alter the standard for evaluating such claims set forth in Strickland v. Washington, 466 U.S. 668 (1984). In fact, Strickland is cited with approval in Massaro. See Id. at 505.

Based on the files, records and proceedings herein, the Court finds no basis upon which to grant Petitioner the requested relief.

IT IS HEREBY ORDERED that Petitioner's Motion to Set Aside the Judgment pursuant to Fed. R. Civ. P. 60(b)(5) is DENIED.

Date: August 9, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court